UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the State of
New York,

                        Plaintiff,

      -against-                               Case No. 22-cv-06124 (JMF)

ARM OR ALLY, LLC; BLACKHAWK                   **NOTICE OF MOTION TO**
MANUFACTURING GROUP, INC., A/K/A 80          **REMAND**
PERCENT ARMS, INC. OR 80 PERCENT ARMS;
SALVO TECHNOLOGIES, INC., A/K/A 80P
BUILDER OR 80P FREEDOM CO.; BROWNELLS,
INC., A/K/A BROWNELLS OR BOB BROWNELL'S;
GS PERFORMANCE, LLC, A/K/A GLOCKSTORE OR
GSPC; INDIE GUNS, LLC; KM TACTICAL;
PRIMARY ARMS, LLC; RAINIER ARMS, LLC; AND
ROCK SLIDE USA, LLC,

                        Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of James M. Thompson, with the attached exhibit, Plaintiff, the People of the State of New York, by Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such date and time as the Court may appoint, for an order remanding this case to New York State Supreme Court, New York County, pursuant to 28 U.S.C. § 1447, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 17, 2022

        LETITIA JAMES
        Attorney General
        State of New York

By: /s/
        MONICA HANNA
        JAMES M. THOMPSON
        Special Counsel
        ABIGAIL KATOWITZ
        Assistant Attorney General
        28 Liberty Street
        New York, New York 10005
        Tel: (212) 416-8227
        monica.hanna@ag.ny.gov
        james.thompson@ag.ny.gov
        abigail.katowitz@ag.ny.gov

*Attorney for the People of the State of New York*