UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the State of
New York,

                      Plaintiff,

        -against-                            Case No. 22-cv-06124 (JMF)

ARM OR ALLY, LLC; BLACKHAWK                 **AFFIDAVIT OF**
MANUFACTURING GROUP, INC., A/K/A 80          **INVESTIGATOR PETER**
PERCENT ARMS, INC. OR 80 PERCENT ARMS;      **SCHOTTENFELD**
SALVO TECHNOLOGIES, INC., A/K/A 80P
BUILDER OR 80P FREEDOM CO.; BROWNELLS,
INC., A/K/A BROWNELLS OR BOB BROWNELL'S;
GS PERFORMANCE, LLC, A/K/A GLOCKSTORE OR
GSPC; INDIE GUNS, LLC; KM TACTICAL;
PRIMARY ARMS, LLC; RAINIER ARMS, LLC; AND
ROCK SLIDE USA, LLC,

                      Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER   ) ss.:

      Peter Schottenfeld, being duly sworn, deposes and says:

      1.     I am an Investigator employed by the Office of the New York State Attorney General (hereinafter "NYAG"). The facts set forth in this affidavit are the results of an investigation I performed in the course of my job duties. All statements are based upon my personal knowledge and investigation.

      2.     In late May 2022 I was assigned to assist in the investigation of numerous online retailers that were selling and shipping gun frames, commonly referred to as "80% frames," to New York State. This investigation involved businesses including Defendants Arm or Ally, Brownells, and Indie Guns. I was assigned to assist in the purchase from the website Indie Guns.

3. My responsibilities, as it pertained to this investigation, were to receive the shipment once it arrived, photograph and weigh the items, and then store them in a secure location.

4. On June 9, 2022 I took possession of the shipment from Indie Guns. The package was left on a residential doorstep and no signature was required from the shipper. I photographed the package and contents as well as measured and weighed the package. The total weight of the package was 1.4 pounds and the dimensions of the package were 11 inches in length by 6 inches in width (See Exhibit A, photographs of the items received from Indie Guns).

5. The unfinished frame sent by Indie Guns was not marked with a serial number.

6. All items received from Indie Guns were then stored in a secure location at the NYAG.

7. Some information in the attached exhibits, such as undercover names and addresses, have been redacted. Disclosure of this information would jeopardize current and future NYAG investigations, however, unredacted copies are available to the court upon request.

_____
Peter Schottenfeld

Sworn to before me this

 11  day of  January  , 20 23 .

_____
NOTARY PUBLIC

RALPH DORISMOND
Notary Public, State of New York
No. 01DO6126511
Qualified in New York County  Bx on X
Commission Expires May 9, 20 25