EXHIBIT A





















