UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>ARM OR ALLY, LLC; BLACKHAWK MANUFACTURING GROUP, INC., A/K/A 80 PERCENT ARMS, INC. OR 80 PERCENT ARMS; SALVO TECHNOLOGIES, INC., A/K/A 80P BUILDER OR 80P FREEDOM CO.; BROWNELLS, INC., A/K/A BROWNELLS OR BOB BROWNELL'S; GS PERFORMANCE, LLC, A/K/A GLOCKSTORE OR GSPC; INDIE GUNS, LLC; KM TACTICAL; PRIMARY ARMS, LLC; RAINIER ARMS, LLC; AND ROCK SLIDE USA, LLC,<br><br>Defendants. | Case No. 22-cv-06124 (JMF)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF MOTION TO SEVER

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Sever in the above-captioned matter, which is being submitted contemporaneously with this Notice of Motion, Defendants Brownells, Inc., a/k/a Brownells or Bob Brownell's, Salvo Technologies, Inc., a/k/a 80p Builder Or 80p Freedom Co., Primary Arms, LLC, and Rock Slide USA, LLC, through their undersigned attorneys, move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order pursuant to Rules 20 and 21 of the Federal Rules of Civil

Procedure to sever all claims, to the extent any survive Defendants' motions to dismiss, against each individual Defendant, such that all subsequent proceedings against each individual Defendant proceed on a separate basis going forward and granting such other and further relief as the Court deems appropriate. Defendants respectfully request that the Court hold oral argument on this Motion.

Dated: January 16, 2023  
       New York, New York

Respectfully Submitted,

/s/ David H. Thompson  
**COOPER & KIRK PLLC**  
David H. Thompson*  
Brian W. Barnes*  
1523 New Hampshire Ave., NW  
Washington, DC 20036  
Phone: (202) 220-9600  
dthompson@cooperkirk.com  
bbarnes@cooperkirk.com  
* Admitted *pro hac vice*

*Attorneys for Defendants Brownells, Inc., a/k/a Brownells or Bob Brownell's, Salvo Technologies, Inc., a/k/a 80p Builder or 80p Freedom Co., Primary Arms, LLC, and Rock Slide USA, LLC*