```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
STATE OF NEW YORK,                                                      :
                                                                        :
                                        Plaintiff,                      :
                                                                        :           22-CV-6124 (JMF)
                 -v-                                                    :
                                                                        :                 ORDER
ARM OR ALLY, LLC, et al.,                                               :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff is directed to inform the Court within **two weeks from the date of this Order** whether it intends to amend its Complaint.

- The briefing schedule for Plaintiff's Motion for Preliminary Injunction, ECF No. 87, remains in place. Defendants' joint opposition is due **February 9, 2023**, and Plaintiff's reply is due **February 23, 2023**.

- The briefing schedule for Defendants' Motions to Dismiss, ECF No. 75, remains in place. Plaintiff's consolidated opposition is due **February 27, 2023**, and Defendants' replies are due **March 17, 2023**. Defendant Brownells shall file the principal joint reply, not to exceed 25 pages, and the other Defendants may file separate replies not to exceed 3 pages each.

- The briefing schedule for Defendants' Motion to Sever shall be the same as the schedule for the Motions to Dismiss. Plaintiff's opposition, not to exceed 25 pages, is due **February 27, 2023**, and Defendants' reply, not to exceed 10 pages, is due **March 17, 2023**.

- Defendants' letter-motion to stay discovery is GRANTED without prejudice to an application from Plaintiff for limited discovery. Plaintiff shall confer with Defendants before making any such application.

- By separate Order today, the Court is referring the parties to Magistrate Judge Parker for settlement. At this time, the parties are not required to participate in settlement discussions under her supervision but may do so to the extent it is helpful.

The Clerk of Court is directed to terminate ECF No. 113.

SO ORDERED.

Dated: January 24, 2023  
       New York, New York

                                       JESSE M. FURMAN  
                                       United States District Judge