```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STATE OF NEW YORK,

                                Plaintiff,            ORDER SCHEDULING TELEPHONE
                                                      CONFERENCE
            -against-
                                                      22-CV-6124 (JMF)
ARM OF ALLY, LLC, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 116). A telephone conference will be held on **Tuesday, February 14, 2023 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: January 25, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge