UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

    Plaintiff,

-against-

ARM OR ALLY, LLC; BLACKHAWK MANUFACTURING GROUP, INC., a/k/a 80 PERCENT ARMS, INC. or 80 PERCENT ARMS; SALVO TECHNOLOGIES, INC., a/k/a 80P BUILDER or 80P FREEDOM CO.; BROWNELLS, INC., a/k/a BROWNELLS or BOB BROWNELL'S; GS PERFORMANCE, LLC, a/k/a GLOCKSTORE or GSPC; INDIE GUNS, LLC; KM TACTICAL; PRIMARY ARMS, LLC; RAINER ARMS, LLC; and ROCK SLIDE USA, LLC,

    Defendants.

---

Index No. 1:22-cv-06124 (JMF)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned, Richard F. Brueckner, hereby appears as counsel for Defendant GS Performance, LLC and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned as listed below.

Dated: February 7, 2023
       Florham Park, NJ

*/s/ Richard Brueckner*
Richard F. Brueckner
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Tel. (973) 245-8100
Fax (973) 245-8101
rbrueckner@pisciotti.com
*Attorney for Defendant*
*GS Performance, LLC*

## CERTIFICATE OF SERVICE

I hereby that on this 7th day of February, 2023, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of Court via the Court's CM/ECF system.

*/s/ Richard Brueckner*
Richard F. Brueckner

*Attorney for Defendant*
*GS Performance, LLC*