UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
THE STATE OF NEW YORK,  :
 :
                           Plaintiffs,  :         22-CV-6124 (JMF)
 :
     -v-  :              ORDER
 :
ARM OR ALLY, LLC, et al.,  :
 :
                           Defendants.  :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 8, 2023, the State filed a letter-motion seeking limited discovery on Defendants. ECF No. 126. All Defendants except Indie Guns, LLC filed a joint opposition on February 13, 2023, ECF No. 130, and Indie Guns filed a separate opposition, ECF No. 131.

       The State's motion for leave to serve limited discovery requests on and specific to Indie Guns is GRANTED on the theory that such discovery is relevant to the pending motion for a preliminary injunction if it is opposed and, in the event the motion for a preliminary injunction is unopposed (or granted), relevant to compliance. By contrast, the State's other request — for leave to serve limited discovery requests on all Defendants — is DENIED, substantially for the reasons set forth in Defendants' joint response. To the extent that the State and any Defendant is engaged in good-faith settlement discussions (which the Court certainly encourages), the Court would encourage the voluntary exchange of relevant materials and information. Beyond that (and the discovery authorized with respect to Indie Guns above), however, discovery shall remain stayed pending the Court's ruling on Defendants' motions to dismiss.

       The Clerk of Court is directed to terminate ECF No. 126.

       SO ORDERED.

Dated: February 15, 2023                  _____
      New York, New York                       JESSE M. FURMAN
                                                 United States District Judge