

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

February 26, 2023

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2203
New York, New York 10007

    Re:    *State of New York v. Arm or Ally, LLC, et al., No. 22-cv-06124 (JMF)*

Dear Judge Furman:

On behalf of Plaintiff the People of the State of New York (the "State"), we write to respectfully request a two-week extension for the State to file its Second Amended Complaint on an emergency basis.

The State's Second Amended Complaint is currently due to be filed Monday, February 27, 2023 (ECF No. 125), and the State seeks an extension through March 13, 2023. The State also respectfully requests that Defendants' time to answer or otherwise respond to the State's anticipated Second Amended Complaint, and renewed motion to sever, and all corresponding dates, be likewise extended by two weeks, such that:

- Defendants will (1) file answers; (2) file new motions to dismiss; or (3) file a letter (or letters) on ECF stating that they rely on the previously filed motions to dismiss by **April 3, 2023**.

- Defendants will (1) file a letter with the Court to withdraw the pending motion to sever; (2) file a letter with the Court stating that Defendants will continue to rely on the pending motion to sever; or (3) Defendants will file an amended motion to sever also by **April 3, 2023**.

- If Defendants file a new motion to dismiss and/or a new motion to sever, the State's oppositions will be filed by **May 15, 2023**, and any replies by **June 2, 2023**.

(*See* ECF Nos. 125, 137.)

Hon. J. M. Furman
February 26, 2023

    This is the State's first request for an extension. The State emailed Defendants for their consent to this request at roughly 6:30 p.m. this evening and received consent from Defendants Arm or Ally, Rainier Arms, GS Performance/Glockstore, and KM Tactical, but unfortunately and understandably the State has not received a response from the remaining Defendants.

    The reason for this emergency request is to allow the State the opportunity to address late-arising and significant issues in what is likely to remain its operative pleading for the duration of this litigation.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Monica Hanna*
Monica Hanna

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 142.

SO ORDERED.

*[signature]*

February 27, 2023