UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STATE OF NEW YORK, :
:
Plaintiff, : 22-CV-6124 (JMF)
:
-v- : ORDER
:
ARM OR ALLY, LLC, et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 24, 2023, counsel for Indie Guns, LLC, Waugh Grant, PLLC, renewed its motion to withdraw as Defendant's counsel. *See* ECF No. 138. In declarations filed with the motion, counsel offer "to discuss" their conflicts with Indie Guns "in further detail at in camera proceeding [sic]." ECF No. 139-1, ¶ 10; *accord* ECF No. 139-2, ¶ 6. As a first step, counsel shall file *ex parte* declarations elaborating on the reasons underlying their motion to withdraw as counsel on or before **March 2, 2023**, which the Court will review *in camera*. The Court will decide thereafter whether or to what extent any sort of proceeding is required. Counsel is directed to serve a copy of this Order and their *ex parte* declarations on Indie Guns by **March 3, 2023**, and shall file proof of service on the docket by **March 6, 2023.**

      SO ORDERED.

Dated: February 27, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge