

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

Application GRANTED.

SO ORDERED.

March 23, 2023

March 23, 2023

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2203
New York, New York 10007

    Re:    *State of New York v. Arm or Ally, LLC, et al.*, No. 22-cv-06124 (JMF)

Dear Judge Furman:

    On behalf of Plaintiff the People of the State of New York (the "State"), we write pursuant to this Court's Order, dated March 6, 2023, ECF No. 151, to address Defendant Indie Guns, LLC's failure to timely enter a notice of appearance through counsel in this case by March 20, 2023. Relatedly, the State also writes to inform the Court that Indie Guns failed to timely respond to the discovery this Court ordered on February 15, 2023, ECF No. 132, which also was due on March 20, 2023.

    The State anticipates that pertinent information relating to Indie Guns' representation will be presented at the upcoming conference on Monday, March 27, 2023, in New York City's case against Indie Guns, *City of New York v. Arm or Ally LLC, et al.*, No. 22-cv-5525, ECF No. 101. While the State recognizes that Indie Guns stands in violation of multiple orders and time is of the essence, without waiver of any rights, the State respectfully proposes that it submit next steps relating to Indie Guns no later than March 31, 2023, following the State's audit of the upcoming conference because the State intends to conform any such proposed steps to any findings or rulings that the Court may make in New York City's case or otherwise for consistency.

    We thank the Court for its consideration.

                                        Respectfully submitted,

                                        */s/ Abigail Katowitz*

                                        Abigail Katowitz
                                        Assistant Attorney General

<u>Cc via ECF</u>:
All counsel of record

<u>Cc via First Class Mail</u>:
INDIE GUNS, LLC
c/o Lawrence Destefano
3000 Huntington St.
Orlando, FL 32803