# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| David H. Thompson<br>(202) 220-9659<br>dthompson@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

March 24, 2023

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2203
New York, New York 10007

  Re: *State of New York v. Arm or Ally, LLC, et al.*, No. 1:22-cv-6124-JMF

Dear Judge Furman,

  Defendants respectfully request a 16-day extension of time within which to file responses to Plaintiff the People of the State of New York's (the "State") Second Amended Complaint (ECF No. 157) and an amended motion to sever. Currently, the briefing schedule for the motions is as follows:

- Defendants will file (1) answers; (2) new motions to dismiss; or (3) a letter (or letters) on ECF stating that they rely on the previously filed motions to dismiss by **Monday, April 3, 2023**.

- Defendants will file (1) a letter with the Court to withdraw the pending motion to sever; (2) a letter with the Court stating that Defendants will continue to rely on the pending motion to sever; or (3) an amended motion to sever also by **Monday, April 3, 2023**.

- If Defendants file a new motion to dismiss and/or a new motion to sever, the State's oppositions will be filed by **Monday, May 15, 2023**.

- Defendants will file any replies by **Friday, June 2, 2023**.

(*See* ECF No. 143).

  Defendants respectfully request that the Court enter a new briefing schedule as follows:

- Defendants will file new motions to dismiss or otherwise respond to the Second Amended Complaint by **Wednesday, April 19, 2023**.

Hon. Jesse M. Furman
March 24, 2023
Page 2

- Certain Defendants will file a renewed, amended motion to sever by **Wednesday, April 19, 2023**.

- The State will file its oppositions to the motions to dismiss and the amended motion to sever by **Friday, June 2, 2023**.

- Defendants will file reply briefs in support of the motions to dismiss and amended motion to sever by **Wednesday, June 21, 2023**.

The State filed its Second Amended Complaint on March 13, 2023. Since that time, defense counsel have been carefully reviewing the State's allegations and researching Defendants' responses. However, due to the newly added allegations and causes of action in the Second Amended Complaint, the simultaneous briefing schedule for the new motions to dismiss and amended motion to sever, and the need to coordinate among ten different Defendants, more time is needed to complete this work and formulate Defendants' responses to the State's Second Amended Complaint.

This is Defendants' first request for an extension of time for this purpose. Defendants' counsel has discussed this letter motion with the State's counsel, who represented that the State consents to the relief requested in this motion. There is currently no scheduled date on which the parties will next appear before the Court.

For these reasons, Defendants respectfully request that the Court grant this letter motion for an extension of time as set forth above.

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Brian W. Barnes*
COOPER & KIRK PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Phone: (202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
* Admitted *pro hac vice*

*Attorneys for Defendants Salvo Technologies, Inc., a/k/a 80P Builder or 80P Freedom Co., Brownells, Inc., a/k/a Brownells or Bob Brownell's, Primary Arms, LLC, and Rock Slide USA, LLC*

cc: All Counsel of Record (via ECF)