FROM THE DESK OF

# Lawrence Destefano

March 29, 2023

Chambers of the Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
Email:  Furman_NYSDChambers@nysd.uscourts.gov
Office:  212-805-0282

Case 1:22-cv-06124-JMF

Re: Notice of Appearance


Per the Court's Order of March 6, 2023, I write to inform the court that I have still not been able to secure counsel to speak on my behalf.

I am requesting an additional 90 days from today to secure counsel.


Respectfully submitted,

*[signature]*

Lawrence Destefano