UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>v.<br><br>ARM OR ALLY, LLC; ET Al.,<br><br>Defendants. | Case No. 1:22 Civ. 6124 (JMF)<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD PURSUANT TO LOCAL RULE 1.4** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration in Support of this Motion, the undersigned, Eric Snyder, moves this Court, before the Honorable Jesse M. Furman, United States District Judge, for an Order pursuant to Local Rule 1.4 to withdraw as counsel to Defendant KM Tactical.

Dated: March 28, 2023
       New York, New York

/s/ Eric Snyder
Eric Snyder
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York  10020
Telephone:   (212) 548-2113
Facsimile:    (212) 548-7113
esnyder@mcguirewoods.com

*Counsel for Defendant KM Tactical*

Application GRANTED.  The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 163.  SO ORDERED.

[signature]

March 29, 2023