STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

March 30, 2023

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2203
New York, New York 10007

      Re:    *State of New York v. Arm or Ally, LLC, et al.,* No. 22-cv-06124

Dear Judge Furman:

      On behalf of Plaintiff the People of the State of New York (the "State"), I write pursuant to this Court's Order, dated March 23, 2023, ECF No. 159, to propose next steps for the Court in response to Indie Guns, LLC's failure to: (i) enter a notice of appearance through counsel by March 20, 2023 and (ii) respond to Court-ordered discovery, *see* ECF No. 132, by March 20, 2023.

Indie Guns' Default

      Although Indie Guns has failed to comply with this Court's Order to retain counsel, *see* ECF No. 151, the State respectfully requests that the Court defer motion practice concerning that default until the Defendants' anticipated motions to dismiss are resolved. Accordingly, unless otherwise directed, the State will make the appropriate application addressing Indie Guns' default within 14 days following the Court's ruling on Defendants' anticipated motions to dismiss should Indie Guns persist in its failure to defend.

Indie Guns' Failure to Respond to Court-ordered Discovery

      Indie Guns has refused to respond to the discovery requests authorized by the Court's Order dated February 15, 2023 (ECF No. 132). The State is aware that on March 29, 2023, Indie Guns requested that the Court grant it an additional 90 days, or until June 27, 2023, to retain counsel (ECF No. 164). The State takes no position on Indie Guns' request but notes that time is of the essence. For the reasons set forth in the State's letters dated February 8, 2023, and February 12, 2023, *see* ECF Nos. 123 and 129, the State remains very concerned about public admissions made by Lawrence Destefano, the principal member of Indie Guns, that Indie Guns is continuing to destroy its customer data and changing its business practices to avoid the creation of obtainable records, and continuing to sell its illegal products into New York State. Thus, to the extent that the

Court grants Indie Guns' extension request, the State respectfully requests that the Court simultaneously enjoin Indie Guns from any further destruction of any customer data or otherwise engage in spoliation of evidence in the intervening time that it seeks counsel.

Without waiver of any rights and because no counsel is known to the State, by electronic mail dated March 30, 2023, to an email address used by Indie Guns for such purposes, the undersigned requested that a meet-and-confer with Indie Guns' counsel concerning Indie Guns' failure to respond to the State's discovery within 48 hours of retention and no later than June 27, 2023, in the event the Court grants Indie Guns' requested extension.

If the State is unable to meet-and-confer with Indie Guns' counsel by that date or to the extent that the Court does not grant Indie Guns' request, the State will take appropriate next steps, including seeking costs and/or fees.

Thank you for your consideration.

Respectfully submitted,

*/s/ Abigail Katowitz*
Abigail Katowitz
Assistant Attorney General

<u>Cc via ECF</u>
All counsel of record

<u>Cc via first class mail</u>
INDIE GUNS, LLC
c/o Lawrence Destefano
3000 Huntington St.
Orlando, FL 32803