UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :
STATE OF NEW YORK,                                :
                                                  :
                              Plaintiff,          :          22-CV-6124 (JMF)
                                                  :
              -v-                                 :          ORDER
                                                  :
ARM OR ALLY, LLC, et al.,                         :
                                                  :
                              Defendants.         :
                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motions to dismiss, *see* ECF Nos. 174, 176, 178, 180, 181, 186, 188, 190, and 191, and Defendants' new motion to sever, *see* ECF No. 184, Defendants' earlier motions to dismiss and to sever filed at ECF Nos. 89, 93, 95, 97, 99, 103, 106, 107, 110 are hereby DENIED as moot.  Indie Guns, LLC did not a file a new motion to dismiss, but its motion is also moot as it pertains to the earlier complaint.  It is also in default because its counsel withdrew, *see* ECF No. 151, and no new counsel has appeared, *see* ECF Nos. 164, 169.  Accordingly, its prior motion to dismiss, ECF No. 92, is also DENIED as moot.

        Per the briefing schedule approved by the Court, *see* ECF No. 162, Plaintiff's consolidated opposition to the new motions to dismiss and to sever is due by **June 2, 2023**. Defendants' replies, if any, are due by **June 21, 2023**.

        The Clerk of Court is directed to terminate ECF Nos. 89, 92, 93, 95, 97, 99, 103, 106, 107, and 110.  The Clerk of Court is further directed to terminate ECF No. 189, which is a memorandum of law in support of Defendant GS Performance's motion to dismiss.

        SO ORDERED.

Dated:  April 20, 2023                    _____
        New York, New York                        JESSE M. FURMAN
                                          United States District Judge