UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK,

    Plaintiff,

v.

ARM OR ALLY, LLC, *et al.*

    Defendants.

22-cv-6124
(Furman, J.)

---

### NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated June 16, 2023, the United States of America moves to intervene in the above-captioned action pursuant to Fed. R. Civ. P. 5.1(c), 24(a)(1), and 24(b)(2).


Dated: June 16, 2023
       New York, New York

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

            By:    /s/ *Lucas Issacharoff*
                      LUCAS ISSACHAROFF
                      JEANNETTE VARGAS
                      Assistant United States Attorneys
                      86 Chambers Street, 3rd Floor
                      New York, New York 10007
                      Tel.: (212) 637-2800
                      lucas.issacharoff@usdoj.gov
                      jeannette.vargas@usdoj.gov


Cc:    Counsel of Record via ECF

        Brian M. Boynton, Principal Deputy Assistant Attorney General

Breon Peace, Joseph A. Marutollo, Richard K. Hayes, Bonni Perlin, Michael Blume, United States Attorney's Office for the Eastern District of New York

Alexander K. Haas, Lesley Farby, Daniel Riess, Federal Programs Branch

Amanda Liskamm, Patrick Runkle, Daniel Crane-Hirsch, Consumer Protection Branch