UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STATE OF NEW YORK, :
:
Plaintiff, : 22-CV-6124 (JMF)
:
-v- : ORDER
:
ARM OR ALLY, LLC, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 16, 2023, the United States filed a motion to intervene, ECF No. 203, and opposition to Defendants' motions to dismiss, ECF No. 204.  If any party opposes the motion to intervene, it shall file a letter to that effect by **June 26, 2023**.  In the absence of a letter filed by that date, the motion to intervene will be granted as unopposed.

If any party does intend to oppose the Government's motion to intervene, it shall file a formal opposition by **June 30, 2023**.  If any Defendants oppose the motion, they shall file a consolidated opposition, not to exceed **20 pages**.  If Plaintiff opposes the motion, its opposition shall not exceed **15 pages**.  Any reply shall be filed by **July 10, 2023**, and shall not exceed **10 pages**.

Unless and until the Court orders otherwise, the briefing schedule with respect to Defendants' motions to dismiss remains the same.

SO ORDERED.

Dated: June 21, 2023
       New York, New York                      _____
                                                JESSE M. FURMAN
                                                United States District Judge