UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STATE OF NEW YORK,

                Plaintiff,

            -v-

ARM OR ALLY, LLC, et al.,

                Defendants.
------------------------------------------------------------------------X

22-CV-6124 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 16, 2023, the United States filed a motion to intervene, ECF No. 203. The Court ordered any party opposing intervention to file a letter to that effect by June 26, 2023, and stated that, absent such a letter, "the motion to intervene will be granted as unopposed." ECF No. 208. No party filed a letter. Accordingly, the United States' motion to intervene is GRANTED as unopposed. The Clerk of Court is directed to update the docket accordingly and to terminate ECF No. 203.

    SO ORDERED.

Dated: June 27, 2023
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge