UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
THE PEOPLE OF THE STATE OF NEW YORK,            :
:
Plaintiff,    :
:       22-CV-6124 (JMF)
-v-                                  :
:            ORDER
:
ARM OR ALLY, LLC et al.,                                 :
:
Defendants.   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff's request to commence default judgment proceedings against Defendant Indie Guns, LLC, ECF No. 230, is hereby GRANTED.  Plaintiff shall file any motion for default judgment against Defendant Indie Guns, LLC in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) and **within two weeks of the date of this Order**.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant Indie Guns, LLC **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      The Clerk of Court is directed to terminate ECF No. 230.

      SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                                        JESSE M. FURMAN
                                               United States District Judge