**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, ) ) ) ) ) Plaintiff, ) ) v. ) ) ARM OR ALLY, LLC; BLACKHAWK ) MANUFACTURING GROUP, INC., ) A/K/A 80 PERCENT ARMS, INC. OR 80 ) PERCENT ARMS; SALVO ) TECHNOLOGIES, INC., A/K/A 80P ) BUILDER OR 80P FREEDOM CO.; ) BROWNELLS, INC., A/K/A ) BROWNELLS OR BOB BROWNELL'S; ) GS PERFORMANCE, LLC, A/K/A ) GLOCKSTORE OR GSPC; KM ) TACTICAL; PRIMARY ARMS, LLC; ) RAINIER ARMS, LLC; AND ROCK ) SLIDE USA, LLC, ) ) Defendants. ) ) | Case No. 22-cv-06124 (JMF)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendants Arm or Ally, LLC, Blackhawk Manufacturing Group, Inc., GS Performance, LLC, KM Tactical, Rainier Arms, LLC, Brownells, Inc., Salvo Technologies, Inc., Primary Arms, LLC, and Rock Slide USA, LLC, (together "Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this matter on February 23, 2024 (ECF No. 245). This appeal is from the District Court's denial of immunity from suit under the Protection of Lawful Commerce in Arms Act, 15 U.S.C. §§ 7901-03, which is appealable under the collateral-order doctrine, and from the District Court's holding that Defendants' relevant products are "firearms" as defined in 18 U.S.C. § 921(a)(3), which is subject to pendent appellate jurisdiction.

Dated: March 22, 2024

Steven Jay Harfenist
**HARFENIST KRAUT & PERLSTEIN, LLP**
3000 Marcus Avenue
Suite 2e1
Lake Success, NY 11042
516-355-9600
Fax: 516-355-9601
sharfenist@hkplaw.com
*Attorney for Arm or Ally LLC*

Scott Charles Allan
**RENZULLI LAW FIRM, LLP**
One North Broadway Suite 1005
White Plains, NY 10601
(914) 285-0700
Fax: (914) 285-1213
sallan@renzullilaw.com
*Attorney for Blackhawk Manufacturing Group, Inc.*

Matthew D. Fender
**MCGUIRE WOODS LLP**
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219
804-775-1076
Fax: 804-698-2209
mfender@mcguirewoods.com

Jason Cowley
**MCGUIRE WOODS LLP**
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
704-343-2030
jcowley@mcguirewoods.com

Jean Paul Bradshaw , II
**LATHROP GPM LLP**
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108-2612
816-460-5507
Fax: 816-292-2001

/s/David H. Thompson
**COOPER & KIRK, PLLC**
David H. Thompson*
Brian W. Barnes*
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
*Admitted *pro hac vice*
*Attorneys for Defendant Brownells, Inc., a/k/a Brownells or Bob Brownell's; Salvo Technologies, Inc., a/k/a 80P Builder or 80P Freedom Co.; Primary Arms, LLC; and Rock Slide USA, LLC*

Ryan Lawrence Erdreich
**PISCIOTTI LALLIS ERDREICH**
30 Columbia Turnpike
Suite 205
Florham Park, NJ 07932
973-245-8100
rerdreich@pisciotti.com

Richard Frederick Brueckner , Jr.
**THE LAW OFFICES OF ALAN S. FUTERFAS**
565 Fifth Ave., 7th Floor
New York, NY 10017
(212)-684-8400
Fax: (212)-684-5259
rbrueckner@pisciotti.com
*Attorneys for GS Performance, LLC, a/k/a Glockstore or GSPC*

Christopher Adams
**GREENBAUM ROWE SMITH & DAVIS NEW JERSEY**
331 Newman Springs Road
Building 1, Suite 122
Red Bank, NJ 07701
732-476-2692
cadams@greenbaumlaw.com

jeanpaul.bradshaw@lathropgpm.com

Shoshanah Mae Shanes
**LATHROP GPM LLP**
7701 Forsyth Blvd.
Suite 500
Clayton, MO 63105
224-456-7099
shoshanah.shanes@lathropgpm.com

Tobias Jacob Fischer
**MCGUIREWOODS LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-2143
tfischer@mcguirewoods.com
*Attorneys for KM Tactical*

Jessica Maria Carroll
**GREENBAUM ROWE SMITH & DAVIS**
75 Livingston Ave.
Roseland, NJ 07068
973-577-1910
Fax: 973-577-1911
jcarroll@greenbaumlaw.com
*Attorneys for Rainier Arms, LLC*

## CERTIFICATE OF SERVICE

I certify that this filing was served on all parties' counsel by the Court's Electronic Filing System on March 22, 2024.

/s/David H. Thompson
**COOPER & KIRK, PLLC**
David H. Thompson*
1523 New Hampshire Ave., NW
Washington, DC 20036
(202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
*Admitted *pro hac vice*
*Attorneys for Defendant Brownells, Inc., a/k/a Brownells or Bob Brownell's; Salvo Technologies, Inc., a/k/a 80P Builder or 80P Freedom Co.; Primary Arms, LLC; and Rock Slide USA, LLC*
