# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand twenty-four.

Present:
        Joseph F. Bianco,
        Steven J. Menashi,
        Eunice C. Lee,
            *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 03, 2024
```

The People of the State of New York, by Letitia James,
Attorney General of the State of New York,

            Plaintiff-Appellee,

United States of America,

           Intervenor-Plaintiff,

        v.

Arm or Ally, LLC, Blackhawk Manufacturing Group, Inc.,
AKA 80 Percent Arms, Inc., AKA 80 Percent Arms,
Salvo Technologies, Inc., AKA 80P Builder,
AKA 80P Freedom Co., Brownells, Inc.,
AKA, Brownells, AKA Bob Brownells,
GS Performance, LLC, AKA Glockstore,
AKA GSPC, KM Tactical, Primary Arms, LLC.,
Rainer Arms, LLC, Rock Slide USA, LLC,

           Defendants-Appellants.

**ORDER**
Docket Nos. 24-773, 24-1497

    The parties are hereby advised that consideration of this appeal will be held in abeyance pending the Supreme Court's issuance of its decision in *Garland v. VanDerStok* (U.S. No. 23-852). It is ORDERED that, no later than fourteen days after issuance of that decision, each party shall submit to this Court a letter brief, not to exceed fifteen pages double-spaced, addressing the

effect that the *VanDerStok* decision has on this appeal.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit