UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

STATE OF NEW YORK,                         :

                  Plaintiff,                  :

                                            :      22-CV-6124 (JMF)
        -v-                           :

                                            :      <u>ORDER</u>

ARM OR ALLY, LLC et al.,                 :

                Defendants.             :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      No later than **three business days after the Second Circuit mandate issues**, the parties shall file a joint letter proposing next steps in this case — including whether it would be helpful for the Court to schedule a conference — in light of the Second Circuit's decision.

      SO ORDERED.

Dated: February 26, 2026
       New York, New York                      _____
                                                         JESSE M. FURMAN
                                                     United States District Judge