**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF NEW YORK,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**ARM OR ALLY, LLC ET AL**<br><br>**Defendants.** | Civil Action No.  1:22-cv-06124-JMF<br><br><br>**NOTICE OF APPEARANCE OF**<br>**MARJAN MOUSSAVIAN, ESQ** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE ENTER THE APPEARANCE** of Marjan Moussavian, Esq., of the law firm

of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey

07102 as counsel for Defendant Rainier Arms LLC; and

**PLEASE TAKE NOTICE** that all electronic notices, motions, orders, and other papers

in the above-captioned matter should be served thereon at mmoussavian@mccarter.com.

Dated:  April 13, 2026

Respectfully submitted,

McCARTER & ENGLISH, LLP

By:    /s/    *Marjan Moussavian*
     Marjan Moussavian
     mmoussavian@mccarter.com
     Four Gateway Center
     100 Mulberry Street
     Newark, New Jersey 07101-0652
     Tel: (973) 622-4444

*Attorneys for Defendant Rainier Arms LLC*

ME1\60636720.v1