

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 25, 2026

**By ECF**
The Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:   *State of New York v. Arm or Ally, LLC et al.*, 22 Civ. 6124 (JMF)

Dear Judge Furman:

      This Office represents Intervenor Plaintiff United States of America (The "United States") in the above-referenced matter. I write pursuant to the Court's Order (ECF No. 279) respectfully to request that the United States be permitted to withdraw from this case. The United States no longer wishes to participate in this case.

      Thank you for your attention to this matter.

Application GRANTED. The Clerk of Court is directed to terminate Intervenor Plaintiff United States of America as a party in this case.

SO ORDERED.

April 27, 2026

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Jeffrey Oestericher*
     JEFFREY OESTERICHER
     Assistant United States Attorney
     Tel.:  (212) 637-2695
     Email: jeffrey.oestericher@usdoj.gov