UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

THE PEOPLE OF THE STATE OF NEW YORK,    :

                    :

           Plaintiff,      :

                    :       22-CV-6124 (JMF)

    -v-                 :

                    :        ORDER

ARM OR ALLY, LLC et al.,        :

                    :

           Defendants.    :

                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Unless and until the Court orders otherwise, Defendants shall file a single, consolidated motion to dismiss **no later than May 21, 2026**. The motion shall be limited to the impact, if any, of the Supreme Court's decisions in *Bondi v. VanDerStok*, 604 U.S. 458 (2025), and *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 605 U.S. 280 (2025); Defendants may not seek to relitigate issues decided by the Court that are not affected by those decisions. Plaintiff's opposition shall be filed **no later than June 4, 2026.** Defendants' consolidated reply, if any, shall be filed **no later than June 15, 2026**.

- Discovery will be deferred pending the Court's ruling on Defendants' anticipated motion. That said, if Plaintiff believes that limited discovery is appropriate (e.g., with respect to preservation), the parties shall confer in good faith before raising the issue with the Court. To the extent that Plaintiff believes that discovery should proceed as to either or both Rock Slide USA, LLC and KM Tactical, Plaintiff may — after conferring with the relevant Defendant(s) — file a letter-motion, not to exceed three pages, with or after its opposition to the motion to dismiss is filed. Defendant(s) shall have **three business days** to respond by letter not to exceed three pages.

The Clerk of Court is directed to vacate the stay in this case.

    SO ORDERED.

Dated: April 30, 2026
      New York, New York                _____
                                          JESSE M. FURMAN
                                          United States District Judge